IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUDIE BRANDY,

        Plaintiff,

vs.

SELECT FOOD MART, INC., and JOHN DOES 1-2 inclusive,

        Defendants.

8:16CV48

ORDER

This matter is before the court *sua sponte*. On October 20, 2016, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 17. The parties' deadline for filing the report was November 10, 2016; however, no planning report has been filed to date. Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before the close of business on **December 12, 2016**, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f).

Dated this 5th day of December, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge