### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUDIE BRANDY, | |
| **Plaintiff,** | **8:16CV48** |
| vs. | |
| **SELECT FOOD MART, INC., and JOHN DOES 1-2 inclusive,** | **ORDER** |
| **Defendants.** | |

This matter is before the court *sua sponte*.  On October 20, 2016, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting.  **See** Filing No. 17.  The parties' deadline for filing the report was November 10, 2016; however, no planning report was filed.  On December 5, 2016, the court entered an order requiring the parties to file the report by December 12, 2016, or show cause why sanctions should not be imposed against them.  **See** Filing No. 20.  The plaintiff responded on December 13, 2016, by requesting additional time until December 21, 2016, to complete the report.  **See** Filing No. 21.  The court granted the additional time as requested.  **See** Filing No. 24.  The parties again failed to comply with the court order.  Accordingly,

> **IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f)  on or before the close of business on **January 4, 2017**, or show cause why sanctions should not be imposed upon either party or their attorneys, as is appropriate, in accordance with Fed. R. Civ. P. 16(f).

Dated this 28th day of December, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge