IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUDIE BRANDY,<br><br>                Plaintiff,<br><br>    v.<br><br>SELECT FOOD MART, INC., and JOHN DOES 1 - 2, Inclusive;<br><br>                Defendants. | **8:16CV48**<br><br>**ORDER OF DISMISSAL** |

This matter is before the court on the plaintiff's notice of case dismissal. Filing No. 33. The court has reviewed the matter and finds that this matter should be dismissed without prejudice.

THEREFORE, IT IS ORDERED that all pending motions are denied as moot and this action is dismissed without prejudice.

Dated this 12th day of April, 2017.

                                              BY THE COURT:

                                              s/ Joseph F. Bataillon
                                              Senior United States District Judge